IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES, ex rel.
PHILLIP JOHNSON,

        Plaintiff,

v.                                                 CIVIL ACTION NO. 3:16-8838

ALFRED E. FERGUSON
JOHN "JACK" LAISHLEY,

        Defendants.

## MEMORANDUM OPINION AND ORDER

       This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Relator's Motion to Compel (ECF No. 4) be denied; the United States of America's Motion to Dismiss (ECF No. 10) be granted; and that this civil action be dismissed, with prejudice, and removed from the docket of this Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Relator's Motion to Compel (ECF No. 4) be **DENIED**; the United States of America's Motion to Dismiss (ECF No. 10) be **GRANTED**; and that this civil action be **DISMISSED**, **with prejudice**, and **REMOVED** from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: March 29, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE